IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ACUITY, A MUTUAL INSURANCE CO.,

    Plaintiff,

v.                                                       No. 1:17-cv-00348 KG/SCY

STEADFAST INSURANCE COMPANY,

    Defendant.

## **ORDER OF DISMISSAL**

    THIS MATTER having come before the Court on the Joint Motion of Plaintiff, Acuity, a Mutual Insurance Co., and Defendant Steadfast Insurance Company to dismiss Acuity's Complaint against Defendant Steadfast Insurance Company with prejudice, pursuant to Fed.R.Civ.P.41(a)(2), the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Acuity's Complaint against Steadfast Insurance Company and all claims and causes of actions therein is dismissed with prejudice. Each party is to bear their own cost and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: */s/ Jennifer A. Noya*
   Jennifer A. Noya
   Sonya R. Burke
   500 Fourth Street NW, Suite 1000
   P.O. Box 2168
   Albuquerque, NM 81703-2168
   Telephone: (505) 848-1800
   Fax: (505) 848-1889
*Attorneys for Plaintiff*



GUEBERT BRUCKNER P.C.


By: *Approved via email on 10.23.2017*
   Terry R. Guebert
   Robert F. Gentile
   P.O. Box 93880
   Albuquerque, NM 87199-3880
   Telephone: (505) 823-2300
*Attorneys for Defendant*